# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Lakeshore Toltest JV, LLC | ) | ASBCA No. 59267 |
| | ) | |
| Under Contract No. W912DQ-12-C-4004 | ) | |

APPEARANCE FOR THE APPELLANT:  Anthony J. Calamunci, Esq.
　　Special Counsel for Chapter 7 Trustee,
　　　Alfred T. Giuliano
　　FisherBroyles, LLP
　　Toledo, OH

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
　　Engineer Chief Trial Attorney
　　Lloyd R. Crosswhite, Esq.
　　Dawn-Carole Harris, Esq.
　　Engineer Trial Attorneys
　　U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

By joint motion to dismiss with prejudice, the parties have advised the Board of a settlement in the related bankruptcy proceedings between the Chapter 7 Trustee and the United States. The settlement includes this appeal.

Accordingly, the Board grants the parties' joint motion and dismisses this appeal with prejudice.

Dated: 9 August 2016

　　　　　　　　　　　　ALEXANDER YOUNGER
　　　　　　　　　　　　Administrative Judge
　　　　　　　　　　　　Armed Services Board
　　　　　　　　　　　　of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59267, Appeal of Lakeshore Toltest JV, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals